**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREGORY BINGHAM, JR.** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-2249 |
| | : | |
| **PHILADELPHIA SCHOOL DISTRICT** | : | |

### ORDER

This 25th day of September, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 15) is **GRANTED** and this case is **DISMISSED**. The Clerk of Court is requested to mark this case **CLOSED.**

        /s/ Gerald Austin McHugh
United States District Judge